UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRISHA HARDING, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

- against -

REVOLUTION PREP, LLC, JACOB NEUBERG, and RAMIT VARMA,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:18-cv-00436 (WFK) (PK)

NOTICE OF PLAINTIFF'S MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law of Plaintiff, dated January 28, 2019 (with exhibits), the Declaration of Nicholas Conlon, dated January 28, 2019, and all other pleadings and proceedings had herein, Plaintiff will move the Court for an order granting Plaintiff's Motion for Approval of Collection Action Settlement.

Date:  January 28, 2019

RESPECTFULLY SUBMITTED,

*s/ Nicholas R. Conlon*
Nicholas R. Conlon
Jason T. Brown
Zijian "Coco" Guan
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com
cocozguan@jtblawgroup.com

*ATTORNEYS FOR PLAINTIFFS*

1